UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAX LEVAI,                                                  :

                Plaintiff,                    :

          - against -                         :      ORDER

MARLBOROUGH GALLERY INC., STANLEY
N. BERGMAN and FRANZ PLUTSCHOW,     :      20-CV-7911 (AJN)(KNF)

                Defendant.                  :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on June 30, 2021, at 3:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York      SO ORDERED:
       June 23, 2021

                                                      _____
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE