USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Max Levai,

           Plaintiff,

  –v–

Marlborough Gallery Inc., *et al.*,

           Defendants.

20-CV-7911 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the extension of the discovery schedule, Dkt. No. 68, the post-discovery conference originally scheduled for June 25, 2021 is hereby ADJOURNED to September 10, 2021 at 3:00 p.m.

    SO ORDERED.

Dated: June 22, 2021
       New York, New York

                        _____
                           ALISON J. NATHAN
                         United States District Judge